FILED
DEC 04 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT
BY ____KM____
US DISTRICT COURT, EDNC
DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-379-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | (Fed. R. Crim. P. 7) |
| CARSON BAKER BARNES ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on or about June 20, 2011, and continuing through on or about July 12, 2011, in the Eastern District of North Carolina, CARSON BAKER BARNES, defendant herein, knowing of a domestic financial institution's legal obligation to report currency transactions in excess of $10,000, did knowingly structure and assist in structuring currency transactions with one or more domestic financial institutions for the purpose of evading that reporting obligation, and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period, and did aid and abet others in so doing, all in violation of Title 31, United States Code, Section 5324(a)(3) and (d)(2), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 31, United States Code, Section 5317(c)(1), that all of their interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offenses as alleged in this criminal information, the defendant shall forfeit to the United States any and all property involved in the offense and any proceeds traceable thereto.

The forfeitable property includes, but is not limited to:

(1) personal property;

(2) real property; and

(3) currency in the amount of $135,395.00, representing the amount of funds structured in connection with the offenses in this criminal information.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

- (1) cannot be located upon the exercise of due diligence;
- (2) has been transferred or sold to, or deposited with, a third person;
- (3) has been placed beyond the jurisdiction of the court;
- (4) has been substantially diminished in value; or
- (5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in accordance with Title 31, United States Code, Section 5317(c)(1).

THOMAS G. WALKER
United States Attorney

BY: BANUMATHI RANGARAJAN
Assistant United States Attorney
Criminal Division