

**U. S. Department of Justice**

*Thomas G. Walker*
*United States Attorney*
*Eastern District of North Carolina*

---

*Terry Sanford Federal Building*          *Telephone (919) 856-4530*
*310 New Bern Avenue*                     *Criminal FAX (919) 856-4487*
*Suite 800*                               *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*      *www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:     December 4th 2012

TO:       Clerk's Office
          United States District Court
          Raleigh, North Carolina

FROM:     BANUMATHI RANGARAJAN
          Assistant United States Attorney
          Criminal Division

SUBJECT:  <u>United States v. CARSON BAKER BARNES</u>
          Docket No. 5:12-CR-379-1- WESTERN DIVISION


A one count Criminal Information is being filed today in the above-captioned matter. The Criminal Information charges the defendant with structuring transactions to evade reporting requirements, and aiding and abetting the same. The offenses stem from an on-going, multi-target crop insurance fraud investigation being conducted by the United States Department of Agriculture - Office of Inspector General and Internal Revenue Service - Criminal Investigative Division.

Thirty-two previously filed Bills of Information and Plea Agreements arose out of this similar conspiracy or series of transactions involving tobacco sales in Eastern North Carolina. Those cases are:

| DEFENDANT | CHARGE | CONVICTION |
|---|---|---|
| David C. Harrison<br>5:07-CR-360-1D | Conspiracy to Launder Money | <u>02/11/2008</u>: Pled guilty. <u>01/15/2010</u>: Sentence imposed. |
| Roland D. McCoy, Jr.<br>5:07-CR-361-1D | Conspiracy to Launder Money | <u>02/11/2008</u>: Pled guilty. <u>12/08/2009</u>: Sentence imposed. |

| | | |
|---|---|---|
| William Earl Dawson<br>5:07-CR-362-1D | Conspiracy to Commit an Offense Against the United States | 02/11/2008: Pled guilty. 01/15/2010: Sentence imposed. |
| Robert Lemuel Dawson<br>5:07-CR-362-2D | Conspiracy to Commit an Offense Against the United States | 02/11/2008: Pled guilty. 01/15/2010: Sentence imposed. |
| Robert Thomas Veasey, Sr.<br>5:07-CR-363-1D | Conspiracy to Launder Money | 02/11/2008: Pled guilty. 12/08/2009: Sentence imposed. |
| Joseph Edward Williams<br>5:07-CR-364-1D | Conspiracy to Commit an Offense Against the United States | 02/11/2008: Pled guilty. 06/10/2009: Sentence imposed. |
| Joseph Eugene Eason<br>5:08-CR-134-1D | Conspiracy to Launder Money | 06/23/2008: Pled guilty. 01/15/2009: Sentenced imposed. |
| Kenneth Gene Kelly<br>5:08-CR-178-1D | Conspiracy to Launder Money | 06/23/2008: Pled guilty. 05/05/2009: Sentenced imposed. |
| Travis E. Wilson<br>5:08-CR-344-1D | Conspiracy to Commit an Offense Against the United States | 12/01/2008: Pled guilty. Case abated due to death of defendant. |
| Dennis Wray Hawley<br>5:09-CR-215-1D | Material False Statements | 07/27/2009: Pled guilty. 01/31/2011: Sentence imposed. |
| Fernan Sanchez, Jr.<br>7:09-CR-127-1D | Material False Statements | 10/23/2009: Pled guilty. 04/09/2009: Sentence imposed. |
| Mark Davis Pridgen<br>5:09-CR-296-1D | Conspiracy to Commit Offenses Against the United States; and Conspiracy to Launder Money | 10/23/2009: Pled guilty. 01/13/2011: Sentence imposed. |

December 4, 2012
Clerk's Office re:
Notice of Related Case
Page -3-

| Rodney A. Denton<br>5:10-CR-91-1D | Material False Statements | 05/17/2010: Pled guilty. 08/18/2010: Sentence imposed. |
|---|---|---|
| Christopher Wiggins<br>7:10-CR-62-1D | Conspiracy to Commit Offenses Against the United States | 06/22/2010: Pled guilty. 11/07/2011: Sentence imposed. |
| Roy Johnson Raynor<br>5:10-CR-198-1D | Conspiracy to Commit Offenses Against the United States | 07/20/2010: Pled guilty. 01/13/2011: Sentence imposed. |
| Vernon Rhodes<br>5:10-CR-199-1D | Conspiracy to Commit Offenses Against the United States; and False Statements in Connection with Federal Crop Insurance Program | 08/02/2010: Pled guilty. 03/18/2011: Sentence imposed. |
| Robert Sammy Tant<br>5:10-CR-200-1D | Conspiracy to Commit Offenses Against the United States; and False Statements in Connection with Federal Crop Insurance Program | 07/20/2010: Pled guilty. 02/01/2011: Sentence imposed. |
| Donald Keith Davis<br>5:10-CR-201-1D | Conspiracy to Commit Offenses Against the United States; and False Statements in Connection with Federal Crop Insurance Program | 07/20/2010: Pled guilty. 03/18/2011: Sentence imposed. |
| Lancy Ray Joyner, Jr.<br>5:10-CR-286-1D | Conspiracy to Commit Offenses Against the United States | 10/4/2010: Pled guilty. 05/04/2011: Sentence imposed. |

| Adrian Bass<br>5:10-CR-287-1D | Conspiracy to Commit Offenses Against the United States | 10/4/2010: Pled guilty. 02/09/2011: Sentence imposed. |
|---|---|---|
| Sealed Defendant<br>5:10-CR-337-1D | Conspiracy to Commit Offenses Against the United States; and False Statements in Connection with Federal Crop Insurance Program | 12/06/2010: Pled guilty. 11/17/2001: Sentence imposed. |
| Sealed Defendant<br>5:10-CR-337-2D | Conspiracy to Commit Offenses Against the United States; and False Statements in Connection with Federal Crop Insurance Program | 11/3/2010: Pled guilty. 02/08/2012: Sentence imposed. |
| Gregory Canady<br>7:10-CR-130-1 | False Statements in Connection with Federal Crop Insurance Program; and Material False Statements | 01/10/2011: Pled guilty. 09/08/2011: Sentence imposed. |
| Gary Amerson<br>4:11-CR-11-1D | False Statements in Connection with Federal Crop Insurance Program; and Material False Statements | 04/11/2011: Pled guilty. 09/22/2011: Sentence imposed. |
| Timothy Alton Stancil<br>4:11-CR-16-1D | False Statements in Connection with Federal Crop Insurance Program; and Material False Statements | 03/21/2011: Pled guilty. 07/06/2011: Sentence imposed. |

| Jody Ordess<br>5:11-CR-76-1D | Conspiracy to Commit Offenses Against the United States; and Structuring Transactions to Evade Reporting Requirements | 04/11/2011: Pled guilty. 04/30/2011: Sentence imposed. |
|---|---|---|
| Edgar T. Smith, Jr.<br>5:11-CR-78-1D | Conspiracy to Commit Offenses Against the United States | 06/06/2011: Pled guilty. 02/22/2012: Sentence imposed. |
| Steven M. Hardwick<br>7:11-CR-116-1D | Conspiracy to Commit Offenses Against the United States; and False Statements in Connection with Federal Crop Insurance Program | 01/09/2012: Pled guilty. Sentencing is pending. |
| Shelton Jackson<br>7:11-CR-120-1D | False Statements in Connection with Federal Crop Insurance Program; and Material False Statements | 10/17/2011: Pled guilty. 03/08/2012: Sentence imposed. |
| Steven Gene Raper<br>5:11-CR-291-1D | Failure to File Currency Transaction Reports | 10/31/2011: Pled guilty. Sentencing is pending. |
| Sealed Defendant<br>5:12-CR-12-1D | Conspiracy to Commit Offenses against the United States; Wire fraud and aiding and abetting; and Retaliating Against a Witness/Informant | 02/21/2012: Pled guilty. Sentencing is pending. |

December 4, 2012
Clerk's Office re:
Notice of Related Case
Page -6-

| Troy Gregory<br>No. 5:12-CR-46-1D | Failure to File Currency Transaction Reports | 03/20/2012: Pled guilty. 06/22/2012: Sentence imposed. |

In addition, two indictment also arose out of this similar conspiracy or series of transactions involving tobacco sales in Wilson, N.C. See United States v. Robert Carl Stokes, Docket No. 5:08-CR-343-1D and United States v. Harry Dean Canady, Docket No. 7:12-CR-79-1D. Stokes was sentenced in January 2011. Canady is scheduled for arraignment in December 2012.

Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
JOHN STUART BRUCE
First Assistant U.S. Attorney